1 | BETTINA B. PLEVAN, (*Pro Hac Vice Admission Pending*)
KATHARINE H. PARKER, (*Pro Hac Vice Admission Pending*)
2 | DAWN M. IRIZARRY, SBN 223303
PROSKAUER ROSE LLP
3 | 2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
4 | Telephone: (310) 557-2900
Facsimile: (310) 557-2193

*Attorneys for Defendants Hawkins Delafield & Wood and Arto Becker*

**FILED**

MAY 1 8 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, <br><br> and <br><br> SAN FRAN TRUST <br><br> Plaintiffs, <br><br> v. <br><br> HAWKINS DELAFIELD & WOOD, ARTO BECKER, and FIRST UNUM LIFE INSURANCE COMPANY OF AMERICA, <br><br> Defendants. | Case No. C 06 1502 (MHP) <br><br> **STIPULATION** <br><br> Action Filed: February 27, 2006 |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiffs and Defendants Hawkins Delafield & Wood and Arto Becker *only* (collectively referred to as "Defendants") that Defendants' time to answer, move or otherwise respond to the Complaint is hereby extended by forty-five (45) days to and including June 30, 2006. There has been no prior application for the relief requested herein.

1  This Stipulation is without waiver of any of Defendants' rights and defenses including,
2  without limitation, improper service of process.

4  DATED: May 17, 2006

BETTINA B. PLEVAN, *Pro Hac Vice*
*Admission Pending*
KATHARINE H. PARKER, *Pro Hac Vice*
*Admission Pending*
DAWN M. IRIZARRY, SBN 223303
PROSKAUER ROSE LLP

/s/ Dawn M. Irizarry
―――――――――――――――
Dawn M. Irizarry

Attorneys for Defendants
Hawkins Delafield & Wood and Arto Becker

12  DATED: May __, 2006

VICTORIA M. WALTER
LAW OFFICES OF VICTORIA WALTER

―――――――――――――――
Victoria M. Walter, Esq.

Attorney for Plaintiffs

This order is signed without the benefit of stipulation based on the May 17, 2006 letter from defendants' counsel reciting the inability to reach plaintiffs' counsel and her medical condition that renders her unavailable.

The extension sought is GRANTED to and including June 30, 2006.

5/17/06

IT IS SO ORDERED
[signature]
U.S. DISTRICT JUDGE

1