FILED

MAY 23 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE and SAN FRAN TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>HAWKINS DELAFIELD & WOOD, ARTO BECKER and FIRST UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. C 06 1502 (MHP)<br><br>(~~Proposed~~)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

    Bettina B. Plevan, an active member in good standing of the bar of the United States District Court for the Southern District of New York, whose business address and telephone number is Proskauer Rose LLP, 1585 Broadway, New York, New York 10036, (212) 969-3065, having applied in the above-entitled action to practice in the Northern District of California on a *pro hac vice* basis representing *only* Defendants Hawkins Delafield & Wood and Arto Becker.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/23/06

United States District Court Judge

The Honorable Marilyn H. Patel