| | |
|---|---|
| 1 | BETTINA B. PLEVAN, (*Admitted Pro Hac Vice*) |
| | KATHARINE H. PARKER, (*Admitted Pro Hac Vice*) |
| 2 | DAWN M. IRIZARRY, SBN 223303 |
| | PROSKAUER ROSE LLP |
| 3 | 2049 Century Park East, 32nd Floor |
| | Los Angeles, CA  90067-3206 |
| 4 | Telephone:     (310) 557-2900 |
| | Facsimile:      (310) 557-2193 |
| 5 | |
| 6 | *Attorneys for Defendants Hawkins Delafield & Wood and Arto Becker* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | Case No. C 06 1502 (MHP) |
| and | |
| SAN FRAN TRUST | **STIPULATION FOR DISMISSAL OF ACTION AS TO DEFENDANTS HAWKINS, DELAFIELD & WOOD AND ARTO BECKER PURSUANT TO F.R.C.P. 41(a)(1)(ii)** |
| Plaintiffs, | |
| v. | |
| HAWKINS DELAFIELD & WOOD, ARTO BECKER, and FIRST UNUM LIFE INSURANCE COMPANY OF AMERICA, | Action Filed: February 27, 2006 |
| Defendants. | |

| | |
|---|---|
| 1 | The Parties hereby stipulate that, pursuant to Rule 41(a)(1)(ii), the above-referenced action |
| 2 | is hereby dismissed as to defendants Hawkins, Delafield & Wood and Arto Becker, without |
| 3 | prejudice and without costs to either side. |

DATED: June 15, 2006

BETTINA B. PLEVAN, *Admitted Pro Hac Vice*
KATHARINE H. PARKER, *admitted Pro Hac Vice*
DAWN M. IRIZARRY, SBN 223303
PROSKAUER ROSE LLP

_____
Dawn M. Irizarry

Attorneys for Defendants
Hawkins Delafield & Wood and Arto Becker

DATED: June 14, 2006

PLAINTIFFS JOHN DOE AND
SAN FRAN TRUST

By: _____

John Doe
On behalf Of Plaintiffs

June 16, 2006

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1