**RIMAC & MARTIN, P.C.**
ANNA M. MARTIN - State Bar No. 154279
KEVIN G. GILL - State Bar No. 226819
1051 Divisadero Street
San Francisco, California 94115
amartin@rimacmartin.com
Telephone (415) 561-8440
Facsimile   (415) 561-8430

Attorneys for Defendant
FIRST UNUM LIFE INSURANCE
COMPANY

**LEWIS, FEINBERG, RENAKER & JACKSON, P.C.**
DANIEL FEINBERG - State Bar No. 135983
1330 Broadway, Suite 1800
Oakland, CA 94612
Tel: (510) 839-6824
Fax: (510) 839-7839

Specially Appearing for Plaintiffs
JOHN DOE and SAN FRAN TRUST

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

*E-FILING*

| | |
|---|---|
| JOHN DOE, and SAN FRAN TRUST, | CASE NO.  C 06 1502 MHP |
| Plaintiffs, | |
| vs. | JOINT STIPULATION TO CONTINUE THE JULY 24, 2006 CASE MANAGEMENT CONFERENCE TO JULY 31, 2006 |
| HAWKINS DELAFIELD AND WOOD, ARTO BECKER, and FIRST UNUM LIFE INSURANCE COMPANY OF AMERICA, | [PROPOSED] ORDER |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, defendant through its attorneys of record, and plaintiffs through the attorneys making a special appearance on plaintiffs' behalf, that the Case Management Conference in this matter, currently scheduled for July 24, 2006, before the Honorable Marilyn Hall Patel, be continued for one week to July 31, 2006.

-1-
**STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND ORDER THEREON**                                                  **CASE NO.  C 06 1502 MHP**

1   Good cause exists for this brief continuance in that counsel for defendant is scheduled for
2   a medical appointment on the afternoon of July 24, 2006, which cannot be changed.
3   Pursuant to local rules, this document is being electronically filed through the Court's
4   ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this
5   document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
6   concurred with the filing of this document; and (3) a record supporting this concurrence is
7   available for inspection or production if so ordered.
8   **SO STIPULATED.**

            LEWIS, FEINBERG, RENAKER
            & JACKSON, P.C.

DATED:  July 11, 2006        By:      /s/ DANIEL FEINBERG
            DANIEL FEINBERG
            Specially Appearing for Plaintiffs
            JOHN DOE and SAN FRAN TRUST


            RIMAC & MARTIN, P.C.


DATED:  July 11, 2006        By:      /s/  ANNA M. MARTIN
            ANNA M. MARTIN
            Attorneys for Defendant
            FIRST UNUM LIFE INSURANCE COMPANY


### ORDER

**IT IS HEREBY ORDERED** that the Case Management Conference scheduled for July 24, 2006, be continued to July 31, 2006, at 4:00 p.m., in Courtroom 15.

**SO ORDERED.**

DATED: July 12, 2006

UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Marilyn H. Patel]*