1  **RIMAC & MARTIN, P.C.**
2  ANNA M. MARTIN - State Bar No. 154279
   KEVIN G. GILL - State Bar No. 226819
3  1051 Divisadero Street
   San Francisco, California 94115
4  amartin@rimacmartin.com
   Telephone (415) 561-8440
5  Facsimile   (415) 561-8430

6  Attorneys for Defendant
   FIRST UNUM LIFE INSURANCE
7  COMPANY

8  **LEWIS, FEINBERG, RENAKER & JACKSON, P.C.**
   DANIEL FEINBERG - State Bar No. 135983
9  1330 Broadway, Suite 1800
   Oakland, CA 94612
10 Tel: (510) 839-6824
   Fax: (510) 839-7839

11 Appearing for Plaintiff
   JOHN DOE
12

13                 UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15

16
                                                    **E-FILING**
17  JOHN DOE, and SAN FRAN TRUST,          )
                                           )  CASE NO.  C 06 1502 MHP
18               Plaintiffs,               )
                                           )  STIPULATION TO CONTINUE
19  vs.                                    )  DECEMBER 4, 2006 CASE
                                           )  MANAGEMENT CONFERENCE AND
20  HAWKINS DELAFIELD AND WOOD,            )  [PROPOSED] ORDER
    ARTO BECKER, and FIRST UNUM LIFE       )
21  INSURANCE COMPANY OF AMERICA,          )  Date:  December 4, 2006
                                           )  Time:  3:00 p.m.
22               Defendants.               )  Ctrm:  15, 18th Floor
                                           )
23  _____)

24         **IT IS HEREBY STIPULATED** between the parties hereto, by and through their

25  respective attorneys of record, that the Case Management Conference scheduled for December 4,

26  2006, be continued to January 8, 2007, or to a date thereafter that is convenient for the Court.

27         Good cause exists for this brief continuance in that, due to an unexpected death, Anna M.

28  Martin, counsel for defendant First Unum Life Insurance Company, is required to attend a

---
**-1-**
STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE STATEMENT AND ORDER THEREON                    CASE NO.  C 06 1502 MHP

memorial service on December 4, 2006, the date of the Case Management Conference. The first Monday thereafter that both counsel's schedules do not show any conflict is January 8, 2007.

It is respectfully requested this Court grant defendant's counsel leave to attend this memorial service.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**SO STIPULATED.**

RIMAC & MARTIN, P.C.

DATED: December 1, 2006     By:     /s/ ANNA M. MARTIN
ANNA M. MARTIN
Attorneys for Defendant
FIRST UNUM LIFE INSURANCE COMPANY


LEWIS, FEINBERG, RENAKER
& JACKSON, P.C.

DATED: December 1, 2006     By:     /s/ DANIEL FEINBERG
DANIEL FEINBERG
Appearing for Plaintiff
JOHN DOE

**ORDER**

IT IS HEREBY ORDERED that the Case Management Conference be continued from December 4, 2006 to ___January 8, 2007___, at 3:00 p.m.

**SO ORDERED.**

DATED: __12/1/06__

_____
UNITED STATES DISTRICT COURT JUDGE

---

-2-
STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE STATEMENT AND ORDER THEREON         CASE NO.  C 06 1502 MHP