LEWIS, FEINBERG, RENAKER, LEE, & JACKSON, P.C.
ATTORNEYS AT LAW
1330 BROADWAY, SUITE 1800
OAKLAND, CALIFORNIA 94612-2509

PHONE: (510) 839-6824 • FAX: (510) 839-7839
SENDER'S E-MAIL: JLEWIS@LEWISFEINBERG.COM

May 7, 2007

*Via Electronic Filing and Fax {(415) 522-3636}*

Magistrate Judge Joseph C. Spero
U.S. District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

    RE:   *John Doe, et al. vs. First Unum Life Insurance Company of America*
            Case No.: 06-01502 MHP (JCS)

Dear Judge Spero:

    As you know, Dan Feinberg of my firm represents Plaintiff in the above-captioned action, which is scheduled for a continued settlement conference this Thursday, May 10. Unfortunately, Dan is being treated for pneumonia and will not be able to work this week. Given the sensitive nature of this matter, it would not, in Dan's opinion, be advisable to have somebody else from my firm attend the settlement conference. Accordingly, we request that you continue the conference to any Thursday in June. I have exchanged voicemail messages with Anna Martin, counsel for defendant, and she is amenable to any of those dates -- June 7, 14, 21, or 28.

    Thank you for your consideration.

                                Very truly yours,

                                LEWIS, FEINBERG, LEE,
                                RENAKER & JACKSON, P.C.

                        By  /s/ Jeffrey Lewis
                                Jeffrey Lewis

cc Anna Martin, Esq.
    John Doe

IT IS HEREBY ORDERED that the Settlement Conference shall be continued from May 10, 2007, at 9:30 a.m., until June 14, 2007, at 9:30 a.m., in Courtroom A, 15th Floor.

DATED: May 8, 2007

*[IT IS SO ORDERED — Judge Joseph C. Spero, United States District Court, Northern District of California seal]*