**RIMAC & MARTIN, P.C.**
ANNA M. MARTIN - State Bar No. 154279
KEVIN G. GILL - State Bar No. 226819
1051 Divisadero Street
San Francisco, California 94115
amartin@rimacmartin.com
Telephone (415) 561-8440
Facsimile   (415) 561-8430

Attorneys for Defendant
FIRST UNUM LIFE INSURANCE
COMPANY

**LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.**
**DANIEL FEINBERG - State Bar No. 135983**
1330 Broadway, Suite 1800
Oakland, CA 94612
dfeinberg@lewisfeinberg.com
Tel: (510) 839-6824
Fax: (510) 839-7839

Attorneys for Plaintiff
JOHN DOE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, and SAN FRAN TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>HAWKINS DELAFIELD AND WOOD, ARTO BECKER, and FIRST UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | *E-FILING*<br><br>**CASE NO. C 06 1502 MHP (JCS)**<br><br>**STIPULATION TO CONTINUE THE JUNE 14, 2007 CONFERENCE TO JULY 23, 2007 AND [PROPOSED] ORDER** |

   IT IS HEREBY STIPULATED, by and between the parties hereto through their respective attorneys of record herein, that the further Conference scheduled to take place before the Honorable Joseph C. Spero on June 14, 2007, may be continued to July 23, 2007, at 9:30 a.m.

/ / /

/ / /

-1-

**STIPULATION TO CONTINUE FURTHER
CONFERENCE AND ORDER THEREON**                    **CASE NO.** C 06 1502 MHP (JCS)

1  Counsel respectfully request this continuance because the parties believe that they have
2 resolved all issues raised by Plaintiff John Doe related to the settlement reached before
3 Magistrate Judge Spero, subject to the approval of Judge Patel, on February 26, 2007.  A brief
4 continuance of the further Conference should allow the parties time to file a Joint Motion For
5 Settlement Approval and time for Judge Patel to consider and rule upon the motion.  If the
6 approval of the settlement proceeds smoothly, then there will be no need for a further conference,
7 thus preserving time, expense, and judicial resources.

8  If the matter does not proceed smoothly, then the parties can attend the further conference
9 before Judge Spero on July 23, 2007 to resolve any outstanding issues.

10  Pursuant to local rules, this document is being electronically filed through the Court's
11 ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this
12 document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
13 concurred with the filing of this document; and (3) a record supporting this concurrence is
14 available for inspection or production if so ordered.

15  **SO STIPULATED.**

16                                                       RIMAC & MARTIN, P.C.

17
18  DATED:  June 12, 2007          By:      /s/  ANNA M. MARTIN
                                                       ANNA M. MARTIN
                                                       Attorneys for Defendant
19                                                     FIRST UNUM LIFE INSURANCE COMPANY

20

21                                                     LEWIS, FEINBERG, LEE, RENAKER
                                                       & JACKSON, P.C.
22

23  DATED:  June 12, 2007          By:      /s/ DANIEL FEINBERG
                                                       DANIEL FEINBERG
24                                                     Attorneys for Plaintiff
                                                       JOHN DOE
25

26  / / /
27  / / /
28  / / /

-2-

**STIPULATION TO CONTINUE FURTHER**
**CONFERENCE AND ORDER THEREON**                    **CASE NO.**  C 06 1502 MHP (JCS)

**ORDER**

IT IS HEREBY ORDERED that the further Conference scheduled to take place before the Honorable Joseph C. Spero on June 14, 2007, be, and hereby is, continued to July 23, 2007, at 9:30 a.m.

**SO ORDERED.**

DATED: June 13, 2007  _____
UNITED STATES MAGISTRATE JUDGE



-3-

STIPULATION TO CONTINUE FURTHER
CONFERENCE AND ORDER THEREON                    CASE NO.  C 06 1502 MHP (JCS)