1  **RIMAC & MARTIN, P.C.**
2  ANNA M. MARTIN - State Bar No. 154279
   KEVIN G. GILL - State Bar No. 226819
3  JOSHUA G. HEAVISIDE - State Bar No. 225715
   1051 Divisadero Street
4  San Francisco, California 94115
   amartin@rimacmartin.com
5  Telephone (415) 561-8440
   Facsimile   (415) 561-8430

6  Attorneys for Defendant
   FIRST UNUM LIFE INSURANCE
7  COMPANY

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

                                                    **E-FILING**
12  JOHN DOE, and SAN FRAN TRUST,        )
                                          )  CASE NO.  C 06 1502 MHP
13                Plaintiffs,             )
                                          )  [PROPOSED] ORDER GRANTING
14  vs.                                   )  DEFENDANT FIRST UNUM LIFE
                                          )  INSURANCE COMPANY OF
15  HAWKINS DELAFIELD AND WOOD,           )  AMERICA'S ADMINISTRATIVE
    ARTO BECKER, and FIRST UNUM LIFE      )  REQUEST TO FILE THE NOTICE OF
16  INSURANCE COMPANY OF AMERICA,         )  DEPOSIT UNDER SEAL
                                          )
17                Defendants.             )
                                          )
18  _____ )

19       This Court, having reviewed Defendant FIRST UNUM LIFE INSURANCE COMPANY

20  OF AMERICA's Administrative Request to File the Notice of Deposit Under Seal GRANTS the

21  Administrative Request to File the Notice of Deposit Under Seal, pursuant to Local Rules 7-11

22  and 79-5.  Defendant FIRST UNUM LIFE INSURANCE COMPANY OF AMERICA's Notice

23  of Deposit shall be filed under seal.

24       **SO ORDERED.**

25

26  DATED:  11/26/2007                    _____
27                                        MARILYN H. PATEL
                                          UNITED STATES DISTRICT JUDGE
28



IT IS SO ORDERED
Judge Marilyn H. Patel

[PROPOSED] ORDER GRANTING
FIRST UNUM LIFE INSURANCE COMPANY'S
MOTION TO FILE UNDER SEAL                              CASE NO. C 06 1502 MHP