**RIMAC & MARTIN, P.C.**
ANNA M. MARTIN - State Bar No. 154279
1051 Divisadero Street
San Francisco, California 94115
*amartin@rimacmartin.com*
Telephone (415) 561-8440
Facsimile (415) 561-8430

**FOLEY & FOLEY**
SUSAN E. FOLEY - State Bar No. 076421
827 Broadway, Suite 220
Oakland, CA 94607
*sefoley@foleyfoleylaw.com*
Telephone: (510) 547-3788
Facsimile: (510) 420-8026

Attorneys for Defendant
FIRST UNUM LIFE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, and SAN FRAN TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>HAWKINS DELAFIELD AND WOOD, ARTO BECKER, and FIRST UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | *E-FILING*<br><br>CASE NO. C 06 1502 MHP<br><br>[~~PROPOSED~~] ORDER<br><br>Date: February 11, 2008<br>Time: 2:00 PM<br>Ctrm: The Honorable Marilyn Hall Patel |

Hearing was had on the above date on John Doe's Motion to Amend Complaint, Doe's Motion to Supplement the Record, Doe's Motion for Preliminary Injunction, Doe's Motion for Mediation, and on First Unum's Motion to Approve and Enforce Settlement. Appearing behalf of plaintiff were attorney Daniel Feinberg and Mr. John Doe; appearing on behalf of defendant Unum Life Insurance Company were attorneys Anna Martin and Susan Foley.

///

The Court, having reviewed the pleadings and papers on file pertaining to these motions, the court's file in this matter, the arguments of counsel as presented at the hearing, and for GOOD CAUSE SHOWN,

**IT IS HEREBY ORDERED** as follows:

1. John Doe's Motions to Amend Complaint, to Supplement the Record, for Mediation and for Preliminary Injunction are DENIED.

2. The Settlement Agreement of this case dated February 27, 2007 by and among John Doe and First Unum Life Insurance Company of America is APPROVED, and the terms of said Settlement Agreement are hereby ordered to be ENFORCED.

3. John Doe is ORDERED to be identified as the Payee under the terms of the said Settlement Agreement.

4. The Temporary Restraining Order in this case, issued December 5, 2007, precluding First Unum from issuing the appropriate reporting forms to Mr. Doe and to the Secretary of the Treasury on account of the payments pursuant to the Settlement Agreement, is LIFTED, and shall be of no further force or effect.

5. The Court further directs that the funds held in trust for John Doe in this Court's registry be dispersed to John Doe. The court should use John Doe's true identity as payee when disbursing the funds. John Doe's true identity is set forth in the Notice of Deposit filed with this Court under seal. The funds should be sent to at the following address:

> 27 Radfer Street
> Staten Island, NY 10314

6. This case is hereby dismissed with prejudice.

**DONE** and **SO ORDERED.**

DATED: 2/29/08

MARILYN P.
UNITED STA

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)