**RIMAC & MARTIN, P.C.**
ANNA M. MARTIN - State Bar No. 154279
KEVIN G. GILL - State Bar No. 226819
JOSHUA G. HEAVISIDE - State Bar No. 225715
1051 Divisadero Street
San Francisco, California 94115
amartin@rimacmartin.com
Telephone (415) 561-8440
Facsimile   (415) 561-8430

Attorneys for Defendant
FIRST UNUM LIFE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILING*

| | |
|---|---|
| JOHN DOE, and SAN FRAN TRUST,<br><br>  Plaintiffs,<br><br>vs.<br><br>HAWKINS DELAFIELD AND WOOD, ARTO BECKER, and FIRST UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>  Defendants. | CASE NO.  C 06 1502 MHP<br><br>[PROPOSED] ORDER GRANTING DEFENDANT FIRST UNUM LIFE INSURANCE COMPANY OF AMERICA'S ADMINISTRATIVE REQUEST TO FILE THE NOTICE OF DEPOSIT UNDER SEAL |

This Court, having reviewed Defendant FIRST UNUM LIFE INSURANCE COMPANY OF AMERICA's Administrative Request to File the Notice of Deposit Under Seal GRANTS the Administrative Request to File the Notice of Deposit Under Seal, pursuant to Local Rules 7-11 and 79-5.  Defendant FIRST UNUM LIFE INSURANCE COMPANY OF AMERICA's Notice of Deposit shall be filed under seal.

**SO ORDERED.**

DATED: March 27, 2008

_____
MARILYN
UNITED STATES [DISTRICT JUDGE]

*Judge Marilyn H. Patel*

---

[PROPOSED] ORDER GRANTING
FIRST UNUM LIFE INSURANCE COMPANY'S
MOTION TO FILE UNDER SEAL                                                CASE NO.  C 06 1502 MHP