1  John Doe
2  27 Radford St
   Staten Island, NY 10314
3  Plaintiff
4  **JOHN DOE**



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOHN DOE**, et al., | Civil Action No. C 06-01502 MHP |
| Plaintiffs, | **Order** |
| v. | Date: January 4, 2008 |
| **HAWKINS DELAFIELD AND WOOD**, et al., | Time: 2:00 pm |
| | Ctrm: 15 |
| Defendants. | Judge: Hon. Marilyn Hall Patel |

The court, having heard Doe's motion, and Unum's opposition, orders that the motion is granted. Doe is ~~granted prior leave to move for reconsideration.~~ **DENIED. Plaintiff shall not file any further papers in this matter.**

By the court,

**Dated:** 12/3/2009



Doe's Motion for Prior Leave to Move for Reconsideration of Order Vacating Attorney Fee Award
*Doe v. Hawkins, Delafield and Wood*, C06-1502 MHP.